IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**PATRICIA COOK**                                                                      **PLAINTIFF**

**v.**                        **Case No. 4:12-cv-249-KGB**

**TRIPLE TRANSPORT, INC.**                                          **DEFENDANT**

**ORDER**

Before the Court is defendant's motion for leave for Eric E. Wolfgang to appear *pro hac vice* (Dkt. No. 8).  The motion is granted pursuant to Local Rule 83.5(d).  Eric E. Wolfgang, in addition to Melanie J. McClure, shall be counsel of record for defendant.

SO ORDERED this the 19th day of December, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE